**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT**

**CA 04-922**


**DAVID MILLER**

**VERSUS**

**RICKY MIER, ET AL.**


\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 99028
HONORABLE CHARLES LEE PORTER, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**BILLY HOWARD EZELL
JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Billie Colombaro Woodard, Marc T. Amy, and Billy Howard Ezell, Judges.


**REVERSED AND REMANDED.**


**Edward Paul Landry
Landry & Watkins
P. O. Drawer 12040
New Iberia, LA 70562-2040
(337) 364-7626
Counsel for: Defendant/Appellee
Michael David Lopresto**

**P. Charles Calahan**
**Attorney at Law**
**P. O. Box 9547**
**New Iberia, LA 70562-9547**
**(337) 365-8046**
**Counsel for: Other Appellants**
**P. Charles Calahan**
**David Miller**

**Ricky Mier**
**In Proper Person**
**800 Troy Road**
**New Iberia, LA 70563**